1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  CHAD BROWNING

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           ) Case No.  1:16-mj-00093 SAB
                                        )
12                  Plaintiff,          ) STIPULATION AND [PROPOSED] ORDER
                                        ) TO ADVANCE STATUS CONFERENCE
13  vs.                                 )
                                        ) DATE:   October 5, 2016
14  CHAD BROWNING,                      ) TIME:   2:00 p.m.
                                        ) JUDGE: Hon. Barbara A. McAuliffe
15                  Defendant.          )
                                        )
16  _____)

17

18       IT IS HEREBY STIPULATED by and between the parties hereto, through their

19  respective counsel, that the status conference in the above-captioned matter now set for October

20  6, 2016 may be advanced to October 5, 2016 at 2:00 p.m.

21       This advancement of the court date is at the request of the defense as the case was put

22  over for possible program placement.  Mr. Browning is scheduled to be interviewed by the

23  Fresno Rescue Mission on Tuesday, October 4, and we should have a decision that date.  We

24  would then like to address Mr. Browning's case the following date.  Counsel for the government

25  is available on the requested date and has no objection to the requested advancement.

26  / / /

27  / / /

28  / / /

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: September 30, 2016 | By: | /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 30, 2016 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CHAD BROWNING |

### **O R D E R**

IT IS SO ORDERED that the 3rd Status Conference in the above-captioned matter now set for October 6, 2016 may be advanced to October 5, 2016 at 2:00 p.m. before Judge McAuliffe in courtroom 8.

IT IS SO ORDERED.

Dated:  **September 30, 2016**            /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE