

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

UNITED STATES OF AMERICA,
v.
Chad Christopher Browning

**Docket No. 1:16-MJ-93-SAB-1**
Federal Charges: 18:111(a)(1)-Assaulting a Federal Officer Engaged in the Performance of Duties

**COMES NOW,** Dan Stark, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Chad Christopher Browning, who was placed on bond by the Honorable Barbara A. McAuliffe sitting in the Court at Fresno, California, on October 5, 2016, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** The defendant shall participate in the substance abuse treatment program at Comprehensive Addiction Program (CAP) and comply with all the rules and regulations of the program. Defendant shall remain at the CAP facility until released by the Pretrial Services Officer.

**ALLEGED VIOLATION CONDUCT:** On or about November 2, 2016, the defendant failed to comply with the rules and regulations of the CAP substance abuse treatment program.

**PRAYING THAT THE COURT WILL ORDER** a bench warrant issued for the arrest of the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dan Stark
U.S. Pretrial Services Officer

Dated: November 2, 2016

## ORDER

☒ The Court hereby orders a bench warrant be issued for the arrest of the defendant
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of         .
☐ The Court hereby orders this matter placed on this court's calendar on at p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2016