

FILED
NOV 03 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiffs,              )   No. 1:16CR00093-SAB
                                 )
    vs.                          )   ORDER OF RELEASE
                                 )
CHAD CHRISTOPHER BROWNING        )
                                 )
                                 )
        Defendant.               )
_____)

The above named defendant having been sentenced on November 3, 2016 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 11/3/2016

_____
BARBARA A. MCAULIFFE
U.S. Magistrate Judge